*conti,* for plaintiff-respondent. *Adler, Pollock & Sheehan, Incorporated, Peter Lawson Kennedy,* for defendant-petitioner.

M. P. No. 1974. GANSETT CORPORATION *v.* JOSEPH J. MAGUIRE *et ux.* Petition for writ of certiorari denied. *Richard A. Ciccone,* for petitioner. *J. Joseph Nugent,* for respondents.

EX. No. 1708. STATE *v.* ROBERT E. DUFFY. Motion of defendant for bail pending appeal denied. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Allegra E. Munson,* Special Counsel to the Public Defender, for defendant.

APPEAL No. 326. EDMOND C. LINCOURT *et ux. v.* JOHN A. L. McCALL, III. Motion of appellants to assign case for argument is granted. *Aram K. Berberian,* for appellants. *William J. McGair,* for appellee.

APPEAL No. 1891. MARVIN SHILLER *et al. v.* RAYMOND GEMMA *et al.* Motion of appellee to dismiss appeal is assigned to February 1973 calendar for oral argument. *Tillinghast, Collins & Graham, Edwin H. Hastings,* for plaintiffs-appellees. *Raymond Gemma,* pro se on behalf of defendants-appellants.

December 19, 1972.

M. P. No. 1719. CHURCH OF GOD AND SAINTS OF CHRIST *v.* RADIOFONE OF NEW ENGLAND, INC. Petitioner ordered to appear on Monday, February 5, 1973 to show cause why the petition for writ of certiorari should not be dismissed for lack of prosecution. *Kirshenbaum & Kirshenbaum, Alfred Factor,* for plaintiff-respondent. *Goldman, Grady & Biafore, John H. Hines, Jr.,* for defendant-petitioner.

M. P. No. 1759. HENRY M. CIPRIANO *v.* DOREEN M. CIPRIANO. Petitioner ordered to appear on Monday, February 5, 1973 to show cause why petition for writ of certiorari should not be dismissed for lack of prosecution. *McOsker & Isserlis, Milton L. Isserlis,* for petitioner. *John D. Lynch,* for respondent.